■ In the Matter of ANDREW C. RISOLI.—Motion granted only insofar as to refer the matter to a Hearing Panel of the Departmental Disciplinary Committee for the First Judicial Department to hear and report, as indicated, and pending receipt of said report, petitioner's motion for reinstatement is held in abeyance. Concur—Sullivan, J. P., Asch, Milonas, Kassal and Wallach, JJ.

■ In the Matter of CARL MOSKOWITZ, an Attorney.—Respondent is directed, as indicated, to show cause why a final order of suspension, censure or removal from office should not be made and, pending final determination of the petition, respondent is suspended from practice as an attorney and counselor-at-law in the State of New York, effective immediately, and until the further order of this court. Concur—Kupferman, J. P., Carro, Kassal, Ellerin and Wallach, JJ.